UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:09-bk-09582-KSJ

Chapter 7

IN RE:                                              :
                                                    :
Richard W. Lasco and                                :
   Carrie L. Lasco                     :
                                                    :
               Debtor(s).   :
_____                 :

## ORDER GRANTING FLAGSTAR BANK, FSB'S
## MOTION FOR RELIEF FROM STAY AND ABANDONMENT

THIS CAUSE came on for consideration pursuant to the Agreed Motion By Flagstar Bank For Relief From Stay And Abandonment And Notice Of Opportunity To Object And For Hearing Re: 1070 N. Singleton Avenue, Titusville, Florida 32796, Docket Number 14, filed by FLAGSTAR BANK, FSB, a secured creditor in the above-styled cause and pursuant to the Debtor(s) Consent, Docket Number 15.  The Court, having considered said Motion and having agreement of the Movant and Debtor(s), is of the opinion that it is appropriate to enter an Order on such Agreed Motion for Relief from Stay.  It is therefore,

ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion for Relief from the Automatic Stay is granted.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property:

    Tract A, Except the South 270 Feet Thereof, Pembrooke, According to
    Plat Recorded in Plat Book 19, Page 24 of the Public Records of Brevard
    County, Florida.  Parcel I.D. 21-35-32-29-0000A.0-0001

    1070 N. Singleton Avenue, Titusville, Florida   32796

    3.  Attorney's fees may not exceed $500.00.

    4. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above.  Movant shall not seek an *in personam* judgment against Debtor(s).

    DONE and ORDERED in Orlando, Florida, this 27th day of October, 2009

_____
Karen S. Jennemann
United States Bankruptcy Judge

Copies furnished to:

HSBC Bank Nevada, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ   85712

Harley-Davidson Credit Corporation, P. O. Box 829009, Dallas, TX   75382

Carrie L. Lasco, 1070 N. Singleton Ave., Titusville, FL   32796

Richard W. Lasco, 1070 N. Singleton Ave., Titusville, FL   32796

Lawrence M. Weisberg, Esquire, Steven B. Greenfield, P.A., 7000 W. Palmetto Park Road, Suite 402, Boca Raton, FL   33433

Emerson C. Noble, Post Office Box 195008, Winter Springs, FL   32719-5008

Santander Consumer USA, Inc., Tripp Scott, P.A., c/o John G. Bianco, III, Esquire, 110 S.E. 6th Street, 15th Floor, Fort Lauderdale, FL   33301

United States Trustee – ORL7, 135 W. Central Blvd., Suite 620, Orlando, FL   32801